FILED

07/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0551

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

STEPHEN ROSS BENNETT,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 27, 2023, within which to prepare, serve, and file the State's response brief.

CL

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 25 2023